THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Craig Stephens Furcron, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2012-UP-104|
 Submitted February 1, 2012  Filed
February 22, 2012    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM:  Craig
 Stephens Furcron appeals his conviction for assault and battery of a high and
 aggravated nature, arguing the circuit court erred in failing to instruct the
 jury on the law of the defense of others.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.